IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SANDRO FUENTES GARCIA

DEBTOR(S)

CASE NO. 19-02465-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 5 years

2. The liquidation value of the estate is $: 0.00

3. The general unsecured pool is $: 0

AMENDED PLAN DATE: June 21, 2019          PLAN BASE: $54,612.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/26/2019

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] INSUFFICIENTLY FUNDED § 1325(b):

Sufficiency of the plan will depends on outcome of debtor's objection to claim 5-1 by ASUME. If prevails plan may be sufficient.

[X] OTHER:

1) Secured creditor BPPR filed claim 4-1 without evidence of endorsement Trustee suggest the following language to be included in part 8 of the plan: Part 3.1 of the plan proposes that mortgage arrearage in favor of BPPR will be paid by the Trustee. Claim No.4-1 was filed by creditor or on its behalf, without evidence of endorsement. Debtor(s), however, authorize(s) Trustee to make payment to such claim. Upon confirmation of the plan, Debtor(s), on his behalf and on behalf of the estate, hereby hold the Chapter 13 Trustee harmless of, and forever waive any claims for legal or financial liability for payment of arrears included in the above mentioned claim to the party in interest, or to its future assignee's properly notified during the period of the plan, notwithstanding that such claim is filed without evidence of endorsement of the mortgage note. 2) Part 8.2 provides lift of stay to First Bank claim 3-1, however, does not include additional language to instructs Trustee to not make any distribution as secured unless a defficiency claim is filed.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: MELISSA COFAN HERNANDEZ

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

USDC # 222611
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG