# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE

SANDRO FUENTES GARCIA

Debtor

CASE NO. 19-02465-ESL

CHAPTER 13

## OBJECTION TO CREDITOR ASUME PROOF OF CLAIM NO 5

TO THE HONORABLE COURT:

COMES NOW debtor through the undersigned attorney and very respectfully states and prays as follows:

1. Debtor filed a voluntary petition under Chapter 13 case on May 2, 2019 ( see docket #1).

2. ASUME filed a POC no 5 on June 10, 2019 in the amount of $21,378.37.

3. Debtor does not have any minor children, it appears that this debt is from the original child support order that dates back to October 1, 2007. More than 11 years have elapsed after the order.

4. Debtor's daughter is 26 years old, after she became of legal age she never requested the payment of this childsupport, In Puerto Rico the statue of limitations for childsupport debt recovery is 5 years after becoming of legal age.

5. Puerto Rico Civil Code Title 31 L.P.R.A 5296 states the action which prescribe in (5) years

    Actions to demand the fulfilment of the following obligations prescribe in five (5) years:
    (1) For the payment of income for support.
    (2) For the payment of rents, whether derived from rural or from town property.
    (3) That of any other payments which should have been made annually or in shorter periods.

6. Furthermore, debtor's daughter filed a motion in state court requesting the closing of the casa in ASUME since she ha no interest in claiming this debt ( see attachment of document presented in state court)

7. For the reasons stated above debtor objects to ASUME proof of claim and request that it be disallowed entirely.

8. Pursuant to Bankruptcy Code Section 502 (b), if an objection is made then the court shall determine the amount of the allowed claim. Under Section 502 (b) provides that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor under any agreement or applicable law"

**WHEREFORE**, Debtors respectfully prays that this Honorable Court takes notice of the foregoing and that the Claimed filed by Creditor be disallowed entirely.

**CERTIFICATE OF SERVICE**: I CERTIFY that on this date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the non CM/ECF participant, as per the master address list, by depositing true and correct copies therefore in the United States Mail to Wanda Vazquez Secretary of Justice PO BOX 9020192 San Juan PR 00902-0140, Alvaro Basabe Administrative Official of ASUME PO BOX 71316 San Juan PR 00936-8416

30 DAYS NOTICE: You are hereby notified that you have (30) days from the date of this notice to file and opposition to the foregoing motion and to request a hearing. If no opposition is filed within the prescribed period of time, Debtor's Motion will be deemed unopposed and may be granted without further hearing unless it is forbidden by law, against public policy or in the Courts opinion, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

Dated this June 29,2019

s/Melissa Cofán Hernández
Melissa Cofán Hernández
USDC 224206
PO BOX 944
Dorado PR 00646
Tel: (787)640-6882
melissacofan@yahoo.com

Yo, **Keysha M. Fuentes**, de **26** años de edad, ☐casado(a), ☒soltero(a), número de seguro social _____, de ocupación **Estudiante** y vecino(a) de **Caguas** bajo juramento declaro que:

1. Mi nombre y circunstancias personales son las indicadas anteriormente.
2. Soy la parte promovente, en el presente incidente de este caso.
3. Todo lo expresado en el presente documento es cierto.

En **Caguas**, Puerto Rico, a **24** de **Abril** de 20**19**.

_____
Firma

**AFIDÁVIT**

Afidávit número: _____ **Keysha M. Fuentes Alejandro**

Jurado y suscrito ante mí por la parte promovente antes mencionada y cuya identidad ha sido acreditada conforme a los mecanismos de ley, mediante **TSD-6616483**.

En **Caguas**, Puerto Rico, a **24** de **abril** de 20**19**.

**CARMEN ANA PEREIRA ORTIZ**
Secretario(a) del Tribunal
o Notario(a) Público(a)

Por **SHEILA ROLDÁN RODRÍGUEZ**
Sec. Auxiliar del Tribunal
Secretario(a) Auxiliar

TRIBUNAL DE PRIMERA INSTANCIA
SUPERIOR DE CAGUAS

2019 APR 24 AM 11:02

Nombre: Maria alejandra Hernandez

VS

Nombre: Sandro Fuentes Garcia

CIVIL NÚM. EAL-2001-0537

SOBRE: Alimentos

## MOCIÓN

AL HONORABLE TRIBUNAL:

Comparece Keysha mary Fuentes Alejandra por su propio derecho y respetuosamente alego, expongo y solicito:

1. Soy la parte ☑ promovente ☐ promovida en este incidente.

2. Esta moción es sobre: Cierre de caso Asume Balance 0

3. Que en este momento cuento con 26 años de edad, Adjunto documento de certificado de nacimiento, existe un balance en Asume y no Tengo Interes Alguno en Cobrar Balance de esa deuda, Por lo que solicito que se ordene a asume el cierre de cuenta Con balance en 0

Solicito el desglose del certificado de nacimiento

POR TODO LO CUAL, solicito de este Honorable Tribunal que:
1. Quede Informado
2. Ordene Cierre Cuenta Asume balance 0
3. _____
4. Dicte cualquier otra providencia que proceda conforme a Derecho.

En Caguas, Puerto Rico, a 24 de Abril de 2019.

CERTIFICO: Que le estoy enviando copia de esta moción a la otra parte, en esta misma fecha
☐ POR CORREO REGULAR
☐ POR CORREO CERTIFICADO CON ACUSE DE RECIBO
☑ PERSONALMENTE
☐ OTRO (EXPLIQUE): _____

FIRMA

Dirección de la OTRA PARTE
P- Calle Dinuba H-20 Santa Juanita
   Bayamón 00956
M- Calle Dinuba H-20 Urb. Santa Juanita
   Bayamón 00956
TELÉFONO: (787) 532-2788

Dirección:
Física - Los Flamboyanes edif. C
apt 3-M Caguas
Postal - Los Flamboyanes
Calle 73 San Antonio Caguas 00
TELÉFONO: 787-373-8365

0104-3
Case 19-02465-ESL13 Doc#:29 Filed:06/29/19 Entered:06/29/19 07:06:51 Desc: Main
Document Page 5 of 6
District of Puerto Rico
Old San Juan
Fri Jun 21 13:13:32 AST 2019

MARTINEZ & TORRES LAW OFFICES, P.S.C.
P.O. BOX 192938
SAN JUAN, PR 00919-3409

Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ASUME-MARIA ALEJANDRO HERNANDEZ
PO BOX 71316 SAN JUAN PR 00936-8416

BANCO POPULAR DE PUERTO RICO
AS A SERVICING AGENT OF
WILMINTON SAVINGS FUNDS D/B/A CHRISTIANA
MARTINEZ & TORRES LAW OFFICES, P.S.C.
P.O. BOX 192938
SAN JUAN, P.R. 00919-3409

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

BANCO POPULAR P.R.
GPO BOX 2708
San Juan, PR 00936

CENTRO DE PROCESAMIENTO DE MULTAS
PO. BOX 11889
San Juan, PR 00922-1889

CLARO
PO BOX 360998
San Juan, PR 00936-0998

COOP RICO DAIRY
PO BOX 363207
San Juan, PR 00936-3207

DEPTO DE HACIENDA
PO BOX 9024140
San Juan, PR 00902-4140

DTOP
PO BOX 41243
MINILLAS STATION
San Juan, PR 00940-1243

Departamento de Hacienda
P.O. Box 9024140
San Juan, PR 00902-4140

ESTELA J. MORALES PARRON
CALLE DINUBA H-20 SANTA JUANITA
Bayamon, PR 00956

FIRST BANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION -CODE 248
PO BOX 9146, SAN JUAN PR 00908-0146

HOME DEPOT CREDIT SERVICES
PO. BOX 6497
Sioux Falls, SD 57117-6497

Hurra
Ave. Laurel #100
Bayamon, PR 00956-4816

MARTINEZ & TORRES LAW OFFICES, P.S.C.
PO BOX 192938
San Juan, PR 00919-3409

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

MELISSA WILDA COFAN HERNANDEZ
PO BOX 944
DORADO, PR 00646-0944

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

SANDRO FUENTES GARCIA
URB SANTA JUANITA
H-20 DINUBA ST
BAYAMON, PR 00956-4823

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

T MOBILE
PO BOX 742596
Cincinnati, OH 45274

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

Case:19-02465-ESL13 Doc#:29 Filed:06/29/19 Entered:06/29/19 07:06:51 Desc: Main
Document Page 6 of 6

(d) DEPTO. DE HACIENDA
PO BOX 9024140
San Juan, PR 00902-4140

End of Label Matrix
Mailable recipients 22
Bypassed recipients 1
Total 23

Case:19-02465-ESL13 Doc#:29 Filed:06/29/19 Entered:06/29/19 07:06:51 Desc: Main
Document Page 6 of 6

(d) DEPTO. DE HACIENDA
PO BOX 9024140
San Juan, PR 00902-4140

End of Label Matrix
Mailable recipients 22
Bypassed recipients 1
Total 23