IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF  PUERTO RICO

IN RE:

SANDRO FUENTES GARCIA

DEBTOR(S)

CASE NO.   19-02465-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 5 Years

2. The liquidation value of the estate is $: 0.00

3. The general unsecured pool is $: 0.00

---

AMENDED PLAN DATE:  June 27, 2019                PLAN BASE: $54,612.00

---

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 7/2/2019

[ ] FAVORABLE                        [X] UNFAVORABLE

**1.  [X] INSUFFICIENTLY FUNDED § 1325(b):**

**Plan is insufficiently funded to pay priorities creditors. Sufficiency of the plan will depends on outcome of debtor's objection to claim 5 -1 by ASUME. If prevails plan may be sufficient.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of  which has been served upon counsel for  debtor(s). Copies
        are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty:   MELISSA COFAN HERNANDEZ

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN